# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
ROBIN C. FRIED
RYAN W. LAWLER*
MARIA EVA GARCIA*
GABRIEL ALTMAN
ABBYE L. LAWRENCE
ANDREW E. STECKLER
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2019

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
 (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
 (NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

September 3, 2019

By Letter Motion Via ECF
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Korman v. Fox News Network, LLC
No. 1:19-cv-06918-RA

Dear Judge Abrams:

  This firm represents Fox News Network, LLC ("Fox News"), which is the Defendant in the above-captioned action. We write on consent pursuant to Rule I.D of Your Honor's Individual Practices to request approval of an adjournment of the initial conference, which is currently scheduled for October 11, 2019, at 2:15 p.m.

# Mintz & Gold LLP
ATTORNEYS AT LAW

Hon. Ronnie Abrams
September 4, 2019
Page Two

The request is made due to a conflict in my schedule. We have conferred with counsel for the Plaintiff, Richard Liebowitz, Esq., and Mr. Liebowitz consents to this extension. Both parties could be available on the morning of either Friday, November 8th or Friday, November 22nd.

Fox News has not previously sought or obtained an extension of any scheduled appearances and granting the request will not affect any scheduled dates in the litigation.

Accordingly, to the extent that either date is convenient for the Court, we respectfully request that Your Honor approve an adjournment of the initial conference to either the morning of November 8th or the morning of November 22nd.

Respectfully submitted,

Steven G. Mintz

Cc:   Richard Liebowitz, Esq.

---

Application granted. The initial pretrial conference is adjourned until November 8, 2019 at 10:45 a.m. A joint status letter and proposed case management plan are due one week prior to the conference.
SO ORDERED.

Hon. Ronnie Abrams
9/4/2019