```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/8/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE KORMAN,

              Plaintiff,

      v.

FOX NEWS NETWORK, LLC,

              Defendant.

No. 19-CV-6918 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Aaron for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). The parties request a settlement conference as soon as Judge Aaron's schedule permits. | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| X | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:    November 8, 2019
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge