UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE KORMAN,

Plaintiff,

- against -

FOX NEWS NETWORK, LLC,

Defendant.

Case No. 1:19-cv-06918-RA-SDA

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Fox News Network, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  New York, New York
        March 26, 2020

LIEBOWITZ LAW FIRM, PLLC

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*
*Jesse Korman*

MINTZ & GOLD LLP

Steven G. Mintz
Terence W. McCormick
600 Third Avenue, 25th Floor
New York, New York 10016
212-696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Defendant*
*Fox News Network, LLC*

**SO ORDERED:**

Hon. Ronnie Abrams
United States District Judge

Dated: March ___, 2020

- 11 -